Chicago Art Marble Company, Appellee, v. A. Smith
and Company, Appellant.

Gen. No. 40,994.

583

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940; rehearing denied April 22, 1940. Hyman Soboroff, for appellant; Lederer, Livingston, Kahn, Adler & Adsit, for appellee. Opinion by Presiding Justice Matchett. ''Not to be published in full.''